**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

GUILLERMO VICTORIO-CASTELAN,

Petitioner

v.

TODD BLANCHE, et al.,

Respondents

Case No.: 2:26-cv-02780-APG-EJY

**Order Granting Petitioner's Motion to Dismiss**

[ECF No. 7]

I ORDER that petitioner Guillermo Victorio-Castelan's motion to dismiss his petition for writ of habeas corpus without prejudice **(ECF No. 7) is GRANTED**. The clerk of court is instructed to close this case.

DATED this 14th day of October, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE